

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LANCE ADRIAN COFFEY, | § | No. 08-17-00107-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | |
| | § | Court Criminal Court No. 1 |
| THE STATE OF TEXAS, | § | |
| | § | of El Paso County, Texas |
| Appellee. | § | |
| | § | (TC# 20150C07007) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2019.

BRIAN QUINN

Before McClure, C.J., Palafox, J., and Quinn, C.J.
Quinn, C.J. (Sitting by Assignment)